■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALTER R. FEATHERS, Appellant. [932 NYS2d 757]—

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Fahey, J.P., Carni, Sconiers, Gorski and Martoche, JJ.